UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ADAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEWSOME, *et al.*,<br><br>　　　　　Defendants. | No.  1:19-cv-01109-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENIAL OF PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. Nos. 8, 9, 18)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

　　　　Plaintiff Paul Adams is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on August 2, 2019.[1]  (Doc. No. 1.)

　　　　On September 13, 2019, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* be denied and that he be required to pay the $400.00 filing fee in full to proceed with this action.[2] (Doc. No. 9.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 3.)

---

[1]　　The action was originally filed as a joint complaint with two *pro se* plaintiffs.  *See* Case No. 1:19-cv-01065-NONE-BAM (PC) (E.D. Cal.).  On August 14, 2019, the court ordered plaintiff's claims severed and opened as a new civil action.  (Doc. No. 2.)

[2]　　On December 1, 2020, the filing fee was increased from $400.00 to $402.00.  28 U.S.C. § 1914.

1

Plaintiff filed objections to the findings and recommendations on September 30, 2019.  (Doc. No. 10.)  On February 21, 2020, plaintiff filed a demand for "judgment" regarding the pending findings and recommendations to deny plaintiff's motion to proceed *in forma pauperis*.  (Doc. No. 18.)  The court interprets plaintiff's filing as a request for a ruling on his motion to proceed *in forma pauperis.*  By the instant order, the court will address plaintiff's *in forma pauperis* status.  To the extent plaintiff's motion raises objections to the severance of this action from the original filing, those objections are deferred until after plaintiff's motion to proceed *in forma pauperis* is resolved.

In his objections, plaintiff argues that the magistrate judge incorrectly determined that he was not in imminent danger of serious physical injury at the time the complaint was filed.  However, plaintiff alleges in a conclusory fashion only that he "suffers extreme mental and emotional injury which is a physical danger at the time of filing."  (Doc. No. 10, p. 5.)  Plaintiff states that "he considered comitting [sic] suicide based upon the injuries he suffered" and refers to a declaration included with the complaint.  (*Id.* at 6.)  However, the attached declaration states only that plaintiff considered suicide in approximately June 2017, when he was previously on parole and homeless.  (Doc. No. 1, p. 23.)  The declaration and the complaint include no allegations that indicate plaintiff was considering suicide at the time the complaint in this action was filed, while he was incarcerated.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. Plaintiff's motion for judgment regarding his *in forma pauperis* status, (Doc. No. 18), is granted, as discussed above;
2. The findings and recommendations issued on September 13, 2019, (Doc. No. 9), are adopted in full;

/////

3. In accordance with 28 U.S.C. § 1915(g), plaintiff's application to proceed *in forma pauperis*, (Doc. No. 8), is denied; and

4. Within **twenty-one (21) days** following the date of service of this order, plaintiff shall pay the $402.00 filing fee in full to proceed with this action. If plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated:   **February 23, 2021**         /s/ Dale A. Drozd
                                                     UNITED STATES DISTRICT JUDGE