UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ADAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEWSOME, *et al.*,<br><br>　　　　　Defendants. | No.  1:19-cv-01109-NONE-BAM (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE AND FAILURE TO OBEY COURT ORDER<br><br>(Doc. No. 22) |

　　　　Plaintiff Paul Adams is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on August 2, 2019.[1]

　　　　On September 13, 2019, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* be denied and that he be required to pay the filing fee in full to proceed with this action.  (Doc. No. 9.)  Plaintiff filed objections on September 30, 2019, (Doc. No. 10), and on a demand for "judgment" regarding the pending findings and recommendations on February 21, 2020, (Doc. No. 18).  On February 23, 2021, the undersigned issued an order adopting the findings and recommendations in full and ordering plaintiff to pay the $402.00 filing fee in full within twenty-

---

[1] 　　The action was originally filed as a joint complaint with two *pro se* plaintiffs.  *See* Case No. 1:19-cv-01065-NONE-BAM (PC) (E.D. Cal.).  On August 14, 2019, the court ordered plaintiff's claims severed and opened as a new civil action.  (Doc. No. 2.)

1

one (21) days.  (Doc. No. 22.)  In that order, plaintiff was warned that failure to pay the filing fee within the specified time would result in dismissal of this action.  (*Id.* at 3.)

Because plaintiff has failed to obey the court's order and pay the appropriate filing fee, this case cannot proceed.  This matter will be dismissed.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260–61 (9th Cir. 1992).

Based on the foregoing, this action is dismissed, without prejudice, for plaintiff's failure to comply with the court's order of February 23, 2021, (Doc. No. 22), and his failure to pay the filing fee.

IT IS SO ORDERED.

Dated:  **March 24, 2021**  _____
UNITED STATES DISTRICT JUDGE

2